*Friday, May 21, 1999*

## MOTION DOCKET

**98–904.  State v. Herring.**
Mahoning C.P. No. 96CR339.

This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County. Upon consideration of appellant's motion to unseal the record,

IT IS ORDERED by the court that the motion to unseal the record be, and hereby is, granted.

**98–1674.  Sheffield v. Browning–Ferris Industries of Ohio, Inc.**
Lorain App. No. 97CA006847. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of the motion of *amicus curiae,* Browning–Ferris Industries of Ohio, Inc., to participate in oral argument currently scheduled for May 25, 1999,

IT IS ORDERED by the court that the motion of *amicus curiae* to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellee.

**99–941.  State ex rel. The Ryant Commt. v. Lorain Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that following any June 1, 1999 special election on Ordinance No. 62–99, the ballots for the June 1 special election be impounded.

IT IS FURTHER ORDERED by the court that the ballots be counted but that the result not be publicly declared.

IT IS FURTHER ORDERED by the court that the result be sealed and filed with the court in this case.

F.E. SWEENEY, J., dissents and would order the parties to file evidence and briefs by May 25, 1999.

## RECONSIDERATION DOCKET

**99–503.  Lange v. Hamilton Cty. Recorder.**
Hamilton App. No. C–980891. Reported at 85 Ohio St.3d 1468, 709 N.E.2d 173.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.